IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Latasha Perine

  Plaintiff,

vs.

Bishop State Community College

  Defendant(s)

Civil Action No. 19-CV-1132-CG-M

## COMPLAINT

1. Plaintiff resides at  7580 Bracklyn Ct. Theodore Al. 36582

2. Name(s) of defendant(s)  Dr. Reginald Sykes

3. Location of principal office(s) of the named defendant(s)  351 North Broad St. Mobile, Al. 36603

4. Nature of business of defendant(s)  President

5. Approximate number of individuals employed by defendant(s)  100+

6. The acts complained of in this suit concern:

   (A) _____  Failure to employ me.

   (B) __X__  Termination of my employment.

   (C) _____  Failure to promote me.

   (D) _____  Other acts as specified below: _____

FILED DEC 27 '19 PM12:02 USDCALS

Rev. 8/2015

7. Plaintiff is:

   (A) \_\_\_\_ Presently employed by the defendant.

   (B) **X** Not presently employed by the defendant.

   The dates of employment were  04/09/2018- 04-11-2018 9 (d.p)

   (1) **X** Plaintiff was discharged.

   (2) \_\_\_\_ Plaintiff was laid off.

   (3) \_\_\_\_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) \_\_\_\_ Race   \_\_\_\_ Sex

   \_\_\_\_ Color   \_\_\_\_ National Origin

   \_\_\_\_ Religion

Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) **X** Physical disability

       **X** Mental disability

Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) \_\_\_\_ Age

Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Dr. Terry Hazzard, and Dr. Reginald Crenshaw

10. The alleged discrimination occurred on or about 04/11/19

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: **On April 11, 2019, I was retailated against and wrongfully terminated after** advocating for the ADA Office to come in compliance with providing services that promote equal access to students with disabilities. I advocated for the ADA Office to provide a variety of assistive technolgy to help student's access materials in alterntive format. The office does not have specific software or hardware to support low vision, blind, dyslexic, or hearing impaired students.   I recommended the office should have a Testing Center and a minimum of one **accessible station in the ADA Office, the library, and the Learning Center.** After advocating, I was retaliated and discriminated against in violation of Section 504 of the Rehabilation Act of 1973.

12. The alleged illegal activity took place at **Bishop State Community College**

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about **07/15/19**

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission.  This letter was received by me on **10/02/2019**

14. I seek the following relief:

(A) **X** Recovery of back pay.

(B) **X** Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: **12/27/2019**

*Signature of Plaintiff* — [signed] Latasha Perine

**Latasha Perine**
Address of Plaintiff: 7580 Bracklyn Ct. Theodore Al. 36582

Telephone Number of Plaintiff: (251) 382-0844

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Latasha D. Perine<br>7580 Bracklyn Court<br>Theodore, AL 36582 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2019-00709 | LANEETRA D. HARRIS,<br>Investigator | (251) 690-2583 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*      9·30·19

Erika LaCour,<br>Local Office Director      *(Date Mailed)*

Enclosures(s)

cc:    BISHOP STATE COMMUNITY COLLEGE<br>c/o Windy C. Bitzer, Attorney<br>P.O. Box 123<br>Mobile, AL 36601

Henry Brewster, Esq.<br>205 North Conception Street<br>Mobile, AL 36603