# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LATASHA PERINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 19-1132-CG-N |
| | ) |
| BISHOP STATE COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 15) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated December 16, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Latasha Perine's claims under the Americans with Disabilities Act and discrimination claim under the Rehabilitation Act against Bishop State Community College are **DISMISSED without prejudice**. Further, it is **ORDERED** that Perine's retaliation claim under the Rehabilitation Act against Bishop State Community College be **DISMISSED with leave to refile**. Perine shall file her amended complaint **no later than February 12, 2021**.

**DONE** and **ORDERED** this the 22nd day of January, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE