## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LATASHA PERINE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 19-1132-CG-N** |
| | ) | |
| **BISHOP STATE COMMUNITY** | ) | |
| **COLLEGE,** | ) | |
| **Defendant,** | ) | |

## ORDER

Plaintiff's claims in this case were previously dismissed and Plaintiff was granted leave to file an amended complaint under the Rehabilitation Act by February 12, 2021. (Doc. 16).  To date, Plaintiff has not filed an amended complaint or sought an extension of time.  Upon the expiration of the time to amend, the order dismissing the complaint became a final judgment. *Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719-20 (11th Cir. 2020) (citing *Hertz Corporation v. Alamo Rent-A-Car, Incorporated*, 16 F.3d 1126 (11th Cir. 1994)).  Accordingly, final judgment has been entered in this case and the Clerk is directed to close the case.

**DONE** and **ORDERED** this 22nd day of February, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE